| | | | |
|---|---|---|---|
| | AUSA: | Roy R. Kranz | Telephone: (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Nick Diedrich, BIA | Telephone: (989) 775-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Christina Scioli

Case: 1:21-mj-30596
Judge: Unassigned
Filed: 12-27-2021
CMP USA V CHRISTINA SCIOLI (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 26, 2021__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1151<br>18 U.S.C. § 1152<br>18 U.S.C. § 113(a)(3) | Defendant, a non-Indian, assaulted, that is, intentionally struck and injured, A.L. an Indian, on the Isabella Reservation within Indian country, with a dangerous weapon, tht is: a knife, with the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3), 1151, 1152. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
_____
Printed name and title

Sworn to before me and signed in my presence,
and/or by reliable electronic means.

Date: __12/27/2021__

_____
Judge's signature

City and state: __Flint, Michigan__

Curtis Ivy, Jr., United States Magistrate Judge
_____
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
# FOR CHRISTINA SCIOLI

I, Nick Diedrich, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 14 years. During my career I have been involved in numerous investigations concerning assaults and weapons. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Christina Scioli committed the offense of assault with a dangerous weapon with the intent to do bodily harm on or around December 26, 2021, in violation of 18 U.S.C. § 113(a)(3) and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. According to Christina Scioli, she, Scioli she "lost it and stabbed [A.L.] in the back with a knife on or about December 26, 2021 at 1825 E. Broadway, Mt. Pleasant, MI on the Isabella Reservation in Indian country.

4. Officer Brandon Crawford of the Mt. Pleasant Police Department observed photos taken by Michigan State Police Trooper Piper Harris of A.L.'s stab wounds in the hospital. There were fresh stab wounds on A.L. in the following places: left/center of chest, each hand/wrist area, the left shoulder, and one in the back.

5. The police obtained consent to search the scene from Scioli. A bloody knife was found in the kitchen on the counter. Malu Alvarado-Aguilar, present in the home at the time of the stabbing, told police that she heard "more than a fight" after being woken up from sleeping in a bedroom with James Orlando. When she exited the bedroom she noticed that A.L. had been stabbed. She assumed the stabber was Scioli as that was the only other person in the house. Malu said she moved the above-mentioned knife from the bathroom to the kitchen.

6. Scioli was observed by police to have a cut on her left hand.

7. A.L. told police hypothetically speaking, if I was stabbed it would have been my ex-girlfriend not my girlfriend. The officer believed this to mean that A.L. intended to end the relationship with Scioli for stabbing him.

8. Affiant knows that A.L. is an Indian and that Scioli is a non-Indian.

9. Based on the above-described information, there is probable cause to believe that on or around December 26, 2021, Christina Scioli committed the offense of

2

assault with a dangerous weapon with the intent to do bodily harm, in violation of 18 U.S.C. § 113(a)(3).

_____
Nick Diedrich
BIA

Sworn to before me and signed in my presence,
and/or by reliable electronic means.

_____
HON. CURTIS IVY JR.
United States Magistrate Judge